UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAMAR BROWN, | : CIVIL ACTION NO. 3:CV-12-2021 |
| Petitioner | : (Judge Nealon) |
| v. | : |
| GERALD ROZUM, et al., | : |
| Respondents | : |

FILED
SCRANTON
JUL 23 2014
PER _____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 23rd DAY OF JULY, 2014**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1), is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealabilty. See 28 U.S.C. § 2253(c).

*[signature]*
United States District Judge